Michael J. McCue (Nevada Bar #6055)
Meng Zhong (Nevada Bar #12145)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
(702) 949-8200 (phone)
(702) 949-8398 (facsimile)
mmccue@lrrlaw.com
mzhong@lrrlaw.com

Mark H. Izraelewicz (*pro hac vice* application to be filed)
Thomas I. Ross (*pro hac vice* application to be filed)
Kevin M. Flowers (*pro hac vice* application to be filed)
Amanda Antons (*pro hac vice* application to be filed)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300 (phone)
(312) 474-0448 (facsimile)
mizraelewicz@marshallip.com
tross@msrshallip.com
kflowers@marshallip.com
aantons@marshallip.com

Attorneys for Plaintiffs
SPECTRUM PHARMACEUTICALS, INC.
AND UNIVERSITY OF STRATHCLYDE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC. and UNIVERSITY OF STRATHCLYDE, | Case No. 2:15-cv-01697-APG-GWF |
| Plaintiffs, | **JOINT MOTION TO STAY ACTION** |
| v. | |
| AMNEAL PHARMACEUTICALS LLC | |
| Defendant. | |

Plaintiffs Spectrum Pharmaceuticals, Inc., and University of Strathclyde (collectively, "Plaintiffs") and Defendant Amneal Pharmaceuticals LLC ("Amneal") jointly move for an Order staying the above-captioned action pending resolution of *Spectrum Pharmaceuticals, Inc., v. Sandoz, Inc.*, Case No. 2:12-cv-00111 ("Sandoz Action"), which is currently on appeal to the U.S. Court of Appeals for the Federal Circuit, in accordance with terms and conditions agreed to by Plaintiffs and Amneal.

In support of this motion, Plaintiffs and Amneal state as follows:

1. Plaintiffs brought this action alleging infringement of U.S. Patent No. 6,500,829 (the "'829 patent") based on the submission by Amneal of an Abbreviated New Drug Application ("ANDA") seeking approval to market a generic version of Fusilev®, a drug product that is the subject of New Drug Application No. 20-140.

2. Pursuant to an agreement reached between Plaintiffs and Amneal, Plaintiffs and Amneal have agreed: (a) to file this joint motion to stay; and (b) upon resolution of the appeal in the Sandoz Action and entry by the Court in the Sandoz Action of final judgment that is not appealable or appealed, to file a joint motion requesting that the Court lift the stay for purposes of entering a judgment or order in this case in accordance with the terms of said final judgment.

3. For purposes of this case only, Amneal consents to be subject to personal jurisdiction in this Court, waives any challenge that venue in this Court is proper under 28 U.S.C. §§ 1391 and 1400, and agrees not to file a motion to transfer under 28 U.S.C. § 1404(a).

4. Accordingly, Plaintiffs and Amneal jointly request that the Court stay this case pending resolution of the Sandoz Action.

5. A proposed Order is attached.

| LEWIS ROCA ROTHGERBER LLP | McDONALD CARANO WILSON LLP |
|---|---|
| By: /s/ Meng Zhong<br>Michael J. McCue (Nevada Bar #6055)<br>Meng Zhong (Nevada Bar #12145)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996 | By: /s/ Kristen T. Gallagher<br>James W. Bradshaw (Nevada Bar No. 1638)<br>Kristen T. Gallagher (Nevada Bar No. 9561)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102 |

| | |
|---|---|
| T:  702-949-8200 | T:  702-873-4100 |
| F:  702-949-8398 | F:  702-873-9966 |
| mmccue@lrrlaw.com | jbradshaw@mcdonaldcarano.com |
| mzhong@lrrlaw.com | kgallagher@mcdonald carano.com |
| | |
| Mark H. Izraelewicz | Kerry B. Mctigue |
| Thomas I. Ross | W. Blake Coblentz |
| Kevin M. Flowers | Aaron S. Lukas |
| Amanda Antons | COZEN O'CONNOR |
| MARSHALL, GERSTEIN & BORUN LLP | 1627 I Street, NW, Suite 1100 |
| 233 South Wacker Drive | Washington, D.C. 20006 |
| 6300 Willis Tower | T:  202-912-4800 |
| Chicago, IL 60606-6357 | F:  202-478-0891 |
| T:  312-474-6300 | kmctigue@cozen.com |
| F:  312-474-0448 | wcoblentz@cozen.com |
| mizraelewicz@marshallip.com | alukas@cozen.com |
| tross@marshallip.com | |
| kflowers@marshallip.com | Attorneys for Defendant |
| aantons@marshallip.com | AMNEAL PHARMACEUTICALS LLC |

Attorneys for Plaintiffs
SPECTRUM PHARMACEUTICALS, INC.
AND UNIVERSITY OF STRATHCLYDE

Michael J. McCue (Nevada Bar #6055)
Meng Zhong (Nevada Bar #12145)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
(702) 949-8200 (phone)
(702) 949-8398 (facsimile)
mmccue@lrrlaw.com
mzhong@lrrlaw.com

Mark H. Izraelewicz (*pro hac vice* application to be filed)
Thomas I. Ross (*pro hac vice* application to be filed)
Kevin M. Flowers (*pro hac vice* application to be filed)
Amanda Antons (*pro hac vice* application to be filed)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300 (phone)
(312) 474-0448 (facsimile)
mizraelewicz@marshallip.com
tross@msrshallip.com
kflowers@marshallip.com
aantons@marshallip.com

Attorneys for Plaintiffs
SPECTRUM PHARMACEUTICALS, INC.
AND UNIVERSITY OF STRATHCLYDE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC. and UNIVERSITY OF STRATHCLYDE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMNEAL PHARMACEUTICALS LLC<br><br>　　　　　Defendant. | Case No. 2:15-cv-01697-APG-GWF<br><br>**[PROPOSED] ORDER STAYING ACTION** |

1  WHEREAS, on September 3, 2015, Plaintiffs Spectrum Pharmaceuticals, Inc., and University of Strathclyde brought this action against Amneal Pharmaceuticals, Inc., alleging infringement of U.S. Patent No. 6,500,829 (the "'829 patent") under 35 U.S.C. § 271(a), (b), (c), and (e)(2)(A).

WHEREAS, Plaintiffs and Amneal have jointly moved to stay the action pending resolution of *Spectrum Pharmaceuticals, Inc., v. Sandoz, Inc.*, Case No. 2:12-cv-00111 ("Sandoz Action"), which is currently on appeal to the U.S. Court of Appeals for the Federal Circuit, in accordance with terms and conditions agreed to by Plaintiffs and Amneal.

NOW, THEREFORE, IT IS HEREBY ORDERED:

All claims, counterclaims, and defenses as between Plaintiffs and Amneal are hereby stayed in their entirety pending submission of a joint motion by Plaintiffs and Amneal requesting that the stay be lifted for purposes of entering judgment with respect to one or more of said claims, counterclaims, and/or defenses on terms and conditions agreed to between Plaintiffs and Amneal.

IT IS SO ORDERED:

Dated: September 16, 2015

_____
GEORGE FOLEY, JR.
United States Magistrate Judge